# FIRST DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

No. 1D17-4220
_____

GLYNNIS VAN DER MERWE,

Appellant,

v.

HYDRO TERRA ENVIRONMENTAL
SERVICES, INC., and TRAVELERS,

Appellees.

_____

On appeal from an Order of the Judge of Compensation Claims.
William R. Holley, Judge.

Date of Accident: August 20, 2015.

June 21, 2018

PER CURIAM.

AFFIRMED.

WETHERELL, ROWE, and WINOKUR, JJ., concur.

_____

***Not final until disposition of any timely and
authorized motion under Fla. R. App. P. 9.330 or
9.331.***

_____

Daniel J. Glary, Jacksonville, for Appellant.

Tracey J. Hyde of McConnaughhay, Coonrod, Pope, Weaver & Stern, P.A., Panama City; Stephanie R. Hayes of the Office of Judges of Compensation Claims, Tallahassee, for Appellees.